Certificate Number: 05781-MIE-DE-041497000

Bankruptcy Case Number: 26-31785

05781-MIE-DE-041497000

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2026, at 3:41 o'clock PM PDT, William Crandell Jr. completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: September 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President